


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08  P4325

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

## MEMORANDUM

**MEMO ENDORSED**
p.2

**TO:** Honorable Richard M. Berman
U.S. District Court

**FROM:** Michael Fisher
U.S. Probation Office

**RE:** Leonid Libman, Docket # 04 CR 1386 (RMB)

**DATE:** July 1, 2008

On November 1, 2004, the defendant pleaded guilty to a one count Indictment which charged the conspiracy to launder money. An expedited sentence date was set for June 16, 2008, however, as defense counsel, Barry Zone, was involved in a trial in Iowa, the sentencing date was adjourned to July 15, 2008. We continued to leave messages for Barry Zone, specifically on June 16, 24, and 26, in our attempts to arrange for an interview of his client, but have not received a response from Mr Zone. It appears the Mr. Zone was not ready for this case to be processed as an expedited case. As a result, the Presentence Report can not be completed at this juncture, and will not likely be completed for disclosure seven days prior to the July 15, 2008, sentence date.

This memo is being forwarded to advise the Court of the status of the Presentence Report and seek direction as to what action to take. We ask that Your Honor please note on the following page the appropriate action for this case.

Leonid Libman                                          P52294/M. Fisher
Docket # 04 CR 1386(RMB)


( )   Do not proceed and await direction from the Court

( )   Proceed with the investigation and interview

(✓)   Other  Defense attorney, Barry Zone, to contact
            Probation forthwith to schedule an interview.
            The sentence is adjourned to 9-9-08 at 3:30 p.m.


So Ordered on  7-9-08
                Date

By  *Richard M. Berman*
Honorable Richard M. Berman
United States District Court Judge
Southern District of New York